| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON  #149604 |
| | JACOB R. SORENSEN  #209134 |
| 3 | MARC H. AXELBAUM  #209855 |
| | DANIEL J. RICHERT #232208 |
| 4 | 50 Fremont Street |
| | Post Office Box 7880 |
| 5 | San Francisco, CA  94120-7880 |
| | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
| 7 | |
| | SIDLEY AUSTIN LLP |
| 8 | DAVID W. CARPENTER (admitted *pro hac vice*) |
| | BRADFORD A. BERENSON (admitted *pro hac vice*) |
| 9 | EDWARD R. MCNICHOLAS (admitted *pro hac vice*) |
| | DAVID LEE LAWSON (admitted *pro hac vice*) |
| 10 | ERIC A. SHUMSKY #206124 |
| | 1501 K Street, N.W. |
| 11 | Washington, D.C.  20005 |
| | Telephone:  (202) 736-8010 |
| 12 | Facsimile:  (202) 736-8711 |
| 13 | Attorneys for the BellSouth Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | MDL Dkt. No. 06-1791-VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR BELLSOUTH DEFENDANTS TO RESPOND TO CONSOLIDATED COMPLAINT** |
| This Document Relates To: | [Civil L.R. 6-2, 7-1(a)(5), 7-12] |
| 06-5343-VRW | Courtroom: 6, 17th Floor |
| 06-5485-VRW | Judge:     Hon. Vaughn R. Walker |
| 06-5576-VRW | |
| 06-6253-VRW | |
| 07-0464-VRW | |
| *Mayer v. Verizon Communications, Inc., et al.*, No. 06-3650 (S.D.N.Y.) (N.D. Cal. case no. not yet assigned) | |

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

1                                     **RECITALS**

2         A.         On January 16, 2007, the plaintiffs in *Herron*, 06-5343-VRW; *Joll*, 06-5485;

3 *Conner*, 06-5576; *Derosier*, 06-6253-VRW; *Lebow*, 07-0464-VRW; and *Mayer v. Verizon*

4 *Communications, Inc., et al.*, No. 06-3650 (S.D.N.Y.) (N.D. Cal. case no. not yet assigned)

5 ("BellSouth Plaintiffs") filed a "Master Consolidated Complaint Against Defendant

6 'BellSouth' for Damages, Declaratory and Equitable Relief" ("BellSouth Consolidated

7 Complaint"). Dkt. 126.

8         B.         On January 16, 2007, plaintiffs filed consolidated complaints against

9 Cingular defendants, Sprint defendants, the Verizon/MCI defendants and several

10 miscellaneous defendants. *See* Dkts. 121, 123, 124, 125.

11         C.         On February 20, 2007, this Court entered an Order holding, *inter alia*, "If in

12 any case the parties fail to file a stipulation for stay on or before March 8, 2007, defendants

13 shall answer or otherwise respond to the complaint in such case not later than March 29,

14 2007." Dkt. 172.

15         D.         The parties to the Sprint and Cingular consolidated complaints have agreed

16 to a stay of those cases. *See* Dkts. 163, 177. All of the miscellaneous defendants have been

17 dismissed from this MDL. *See* Dkts. 162, 164, 184 and 185.

18         E.         Under the Court's Order of February 20, 2007 (Dkt. 172), responses to the

19 BellSouth Consolidated Complaint and the Verizon/MCI consolidated complaint against

20 (Dkt. 125) are currently due on March 29, 2007.

21         F.         The BellSouth Plaintiffs and Defendants have consulted regarding a

22 stipulation with respect to the dates on which the BellSouth Defendants should file an

23 answer or otherwise respond to the BellSouth Consolidated Complaint. Because resolution

24 of motions to dismiss the Verizon/MCI Consolidated Complaint could materially impact

25 briefing of the BellSouth Consolidated Complaint, and because the BellSouth Consolidated

26 Complaint also may present different factual and legal issues, the BellSouth Plaintiffs and

27 Defendants believe that it would be most efficient and economical of party and judicial

28

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

1  resources for the BellSouth Defendants' motion to dismiss to be briefed and heard on a

2  different, later schedule than the motion to dismiss the Verizon/MCI Consolidated

3  Complaint that the Verizon/MCI Defendants intend to file.

4      G.    To avoid simultaneous briefing, and in furtherance of judicial economy, the

5  Bellsouth Plaintiffs and Defendants therefore agree to extend the time to answer or

6  otherwise respond to the BellSouth Consolidated Complaint as set forth below.

7  **STIPULATION**

8      The BellSouth Plaintiffs and Defendants hereby stipulate that the BellSouth

9  Defendants may have until the latter of the following dates to answer or otherwise respond

10  to the BellSouth Consolidated Complaint:

11      1.    May 29, 2007.

12      2.    Twenty-eight days after the Court decides any motion to dismiss the Master

13  Consolidated Complaint Against MCI Defendants and Verizon Defendants (Dkt. 125)

14  brought by any defendant named by Dkt. 125.

15      Dated: March 12, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
DANIEL J. RICHERT
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
DAVID L. LAWSON
BRADFORD A. BERENSON
EDWARD R. McNICHOLAS
1501 K Street, N.W.
Washington, D.C. 20005

By    */s/ Bruce A. Ericson*
           Bruce A. Ericson

Attorneys for the BellSouth Defendants

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on March 12, 2007, at San Francisco, California.

　　　　　　　　　　　　　　　　　*/s/ Bruce A. Ericson*
　　　　　　　　　　　　　　　　　Bruce A. Ericson

Dated:  March 12, 2007

　　　　　　　　　　　　　　　　LISKA, EXNICIOS & NUNGESSER
　　　　　　　　　　　　　　　　ATTORNEYS-AT-LAW
　　　　　　　　　　　　　　　　VAL PATRICK EXNICIOS
　　　　　　　　　　　　　　　　One Canal Place, Suite 2290
　　　　　　　　　　　　　　　　365 Canal Street
　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　Telephone: (504) 410-9611
　　　　　　　　　　　　　　　　Fax: (504) 410-9937

　　　　　　　　　　　　　　　　By      */s/ Val Patrick Exnicios per G.O. 45*
　　　　　　　　　　　　　　　　　　　　　Val Patrick Exnicios

　　　　　　　　　　　　　　　　Attorneys for BellSouth Plaintiffs

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

1                                                       **[PROPOSED] ORDER**

2         Pursuant to the foregoing Stipulation, and good cause appearing,

3         IT IS HEREBY ORDERED that the BellSouth Defendants shall have until the latter

4 of the following dates to answer or otherwise respond to the BellSouth Consolidated

5 Complaint:

6         1.     May 29, 2007.

7         2.     Twenty-eight days after the Court decides any motion to dismiss the Master

8 Consolidated Complaint Against MCI Defendants and Verizon Defendants (Dkt. 125)

9 brought by any defendant named by Dkt. 125.

10         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11         Dated: March 20, 2007.

13
14                                                 Hon.
15                                                 United

[Stamp: GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California]

12
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -   Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW